

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TODD KELVIN WESSINGER       CIVIL ACTION NO. 04CV637-JJB-SCR

VERSUS

BURL CAIN, ET AL

## ORDER

The UNOPPOSED MOTION TO ENTER SCHEDULING ORDER filed by Todd Kelvin Wessinger has been duly considered. It is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the following scheduling order of deadlines shall govern this case:

| | |
|---|---|
| January 26, 2010 at 10:00 a.m. | Status conference with the Court |
| April 26, 2010 at 10:00 a.m. | Status conference with the Court |
| September 27, 2010 at 10:00 a.m. | Status conference with the Court; Counsel for Wessinger to provide respondent with information relating to the nature of any expert witnesses petitioner intends to use at an evidentiary hearing |
| October 31, 2010 | Amended Petition and Request for Evidentiary Hearing due |
| February 1, 2011 | Respondent's Answer and Procedural Objections due |
| March 1, 2011 | Wessinger's Reply to Respondent's Answer and Procedural Objections due |
| April 1, 2011 | Status conference with Court to address procedural issues raised by Respondent and to determine whether to hold evidentiary hearing and to finalize issues to be heard at evidentiary hearing |
| May 5-May 9, 2011 | Evidentiary Hearing, if so ordered |

It is further **ORDERED** that if either party at anytime encounters problems with these

deadlines, the burden is on that party to alert the Court forthwith and request a status conference to address the issues.

Baton Rouge, Louisiana, *November 24*, 2009.

**JAMES J. BRADY**
**United States District Judge**