IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD KELVIN WESSINGER<br>　　　　　Petitioner<br><br>vs.<br><br>DARREL VANNOY, Warden,<br>Louisiana State Penitentiary,<br>Angola, Louisiana,<br>　　　　　Respondent | No. 3:04-cv-637<br><br>District Judge John W. deGravelles |

## MOTION TO LIFT THE STAY

Respondent (the State) moves to lift the stay as required by this Court's September 25, 2023 order. *See* ECF No. 311.

In December 2022, this Court granted habeas relief to Petitioner. *See* ECF Nos. 298 (Ruling and Order), 299 (Judgment). Five days prior to that decision, the Fifth Circuit had issued an opinion changing the standard for habeas relief. *See Crawford v. Cain*, 55 F.4th 981 (5th Cir. 2022). In light of *Crawford,* the State moved this Court to reconsider granting habeas relief. *See* ECF No. 302. The Fifth Circuit later withdrew the *Crawford* opinion and issued a different opinion maintaining the same standard. *See Crawford v. Cain,* 68 F.4th 273 (5th Cir. 2023). In June 2023, the Fifth Circuit granted en banc rehearing in *Crawford* and vacated the panel opinion. *See Crawford v. Cain*, 72 F.4th 109 (5th Cir. 2023).

In response to those developments in *Crawford*, this Court "stay[ed] and administratively close[d] this case." ECF No. 311 at 1 (capitalization and bolding altered). The Court ordered that "the parties shall file a motion to lift the stay by no later than 14 days after one of the following occurs": (a) "the Supreme Court issues a

1

ruling on the *Cain*, or related, cases"; (b) "the Supreme Court declines to grant certiorari review of the matter"; or (c) "the time for seeking such review from the Supreme Court has passed, with no such review having been sought." *Id*. at 2.

Under Option (b), the Supreme Court denied certiorari on June 2, 2025. *See Crawford v. Cain*, No. 24-910, 2025 WL 1549783, at *1 (U.S. June 2, 2025). The State thus submits this motion and asks the Court to lift the stay.

Dated: June 16, 2025

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General

*/s/ Morgan Brungard*
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General
JOHN W. SINQUEFIELD (LA 12107)
Special Assistant Attorney General
Louisiana Department of Justice
Office of Attorney General
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 999-6864
Email: BrungardM@ag.louisiana.gov

HILLAR C. MOORE, III
District Attorney
CHRISTOPHER J.M CASLER (LA 29549)
Assistant District Attorney
Nineteenth Judicial District
222 St. Louis Street, 5th Floor
Baton Rouge, LA 70802
Telephone: (225) 389-3453
Email: cris.casler@ebrda.org

*Counsel for the State of Louisiana*