**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**TODD WESSINGER** **CIVIL ACTION**

**VERSUS**

**NO. 04-637-JWD-EWD**

**DARREL VANNOY, ET AL.**

---

**JUDGMENT**

In accordance with the mandate/judgment issued by the Fifth Circuit on October 13, 2026 reversing the district court's grant of habeas relief and remanding with instructions to enter final judgment denying the petition and ordering that each party bear its own costs on appeal (Doc. 321),

**IT IS ORDERED, ADJUDGED, and DECREED** that Petitioner's relief for habeas relief filed by Plaintiff Todd Wessinger is **DENIED,** with each party to bear its own costs on appeal.

Signed in Baton Rouge, Louisiana, on October 13, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**